IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: Michael Russell

CASE NAME: Gregory Clifton Clements v. Carlex Glass America, LLC

CASE NUMBER: 3:18cv000070

JUDGE: Hon. William L. Campbell, Jr.

Local Rule 16.05 requires that mediators file this report with the Clerk's Office immediately following the mediation conference. No information other than that requested below is permitted to be provided as part of this report. This report shall be emailed to the following address: OperationsManager@tnmd.uscourts.gov

Please answer the following questions:

1. Did all required parties attend the conference?

   __X__ Yes    ____ No

2. Was the case settled at the conclusion of the conference?

   __X__ Yes    ____ No

3. Was the mediation continued with the consent of the parties?

   ____ Yes    __X__ No

4. Was the mediation terminated without a settlement?

   ____ Yes    __X__ No

   - Note – for purposes of providing this report, a mediation which continues on contiguous business days or within a single week is considered to be a single mediation conference. Conferences not occurring on contiguous business or within the same week are considered separate conferences, and a separate conference report should be provided for each.