IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY CLIFTON CLEMENTS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00070 |
| ) | |
| CARLEX GLASS AMERICA, LLC ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant. ) | |

## ORDER

Pursuant to the Mediator's Report to the Court (Doc. No. 27), this action is dismissed without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if the settlement is not consummated. Within this forty-five day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE